Stephen D. Weisskopf, Esq. (State Bar No. 213596)
sweisskopf@levatolaw.com
Christopher E. Stiner, Esq. (State Bar No. 276033)
cstiner@levatolaw.com
LEVATOLAW, LLP
2029 Century Park East, Suite 2910
Los Angeles, California 90067
Telephone: (310) 734-2026
Facsimile: (310) 421-4180

Michael L. Cohen, Esq. (State Bar No. 206253)
cohen@mlcplclaw.com
Michael L. Cohen, A Professional Law Corporation
2300 Westwood Boulevard, Suite 200
Los Angeles, CA 90064
Telephone: (213) 413-6400
Facsimile: (213) 403-6405

Attorneys for Plaintiff
TORTILLA FACTORY, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORTILLA FACTORY, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>GT'S LIVING FOODS, LLC, and DOES 1-10,<br><br>        Defendants. | Case No. 2:17-cv-07539-FMO-GJS<br><br>**LEVATOLAW, LLP, AND MICHAEL L. COHEN'S *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF TORTILLA FACTORY, LLC AND TO CONTINUE THE TRIAL AND ALL RELATED PRE-TRIAL DEADLINES 90 DAYS**<br><br>Judge: Hon. Fernando M. Olguin<br>Action Filed: October 14, 2017<br>Trial Date: September 3, 2019 |

s

Pursuant to the Federal Rules of Civil Procedure and this Local Rules 7-19 and 83-2.3, Stephen D. Weisskopf and Christopher E. Stiner, of LevatoLaw, LLP and Michael L. Cohen, of Michael L. Cohen, A Professional Law Corporation, counsel of record for Plaintiff Tortilla Factory, LLC ("Tortilla Factory"), submit this ex parte application for an order relieving them of their duties as Tortilla Factory's counsel of record and allowing them to withdraw as Tortilla Factory's counsel. They also seek an order continuing by at least 90 days the trial and all pre-trial deadlines set forth in the Court's November 6, 2018, Order Re: Further Proceedings ("November 6, 2018 Minute Order," Docket No. 109), to allow Tortilla Factory to find and retain other counsel.

Good cause exists for this application to be considered on an ex parte basis. The Court ordered all fact discovery to be completed on or before February 15, 2019, based on the September 3, 2019, trial date. Therefore, a regularly scheduled noticed motion would render ineffective the very relief that Tortilla Factory's attorneys request.

The undersigned currently are listed as counsel for Tortilla Factory and hereby request withdrawal and in support thereof state: Plaintiff Tortilla Factory on the one hand, and counsel LevatoLaw, LLP and Michael L. Cohen on the other, fundamentally disagree on the legal strategy to pursue in this case, which makes further representation by counsel impossible. As trial is almost six months away, neither party would be prejudiced by counsels' withdrawal.

Tortilla Factory's attorneys have informed the managing member of Tortilla Factory, Michael Faye, of their intent to file this application. They provided him with a copy of the Court's November 6, 2018 Minute Order along and explained to him all pending deadlines.

Mr. Faye objects to the withdrawal of his attorneys before he finds other counsel, which he is trying to find now. In any event, Mr. Faye requests that the Court continue the September 3, 2019 trial date, and all other deadlines, 90 days to allow him time to find replacement counsel.

1   The Court has granted three previous requests to continue the trial date—in the
2   November 6, 2018 Minute Order, the September 10, 2018 Minute Order (Docket No. 77),
3   and the April 30, 2018 Minute Order (Docket No. 46).
4   Tortilla Factory's attorneys also informed counsel for defendant GT's Living
5   Foods, LLC ("GT's") of their intent to file this application. GT's does not object to
6   counsels' request to be relieved as Tortilla Factory's counsel, so long as there is a more
7   limited continuance of pending deadlines. Specifically, Brian Berliner, counsel for GT's
8   stated in his February 12, 2019 e-mail to Michael L. Cohen:

> GT's will not object to your ex parte to be relieved as Tortilla
> Factory's counsel on condition that there is no change to the
> fact discovery cutoff date that is now just three days
> away. Regarding the proposed continuance **of other dates**,
> GT's will agree to continue all subsequent case deadlines
> following the current fact discovery cutoff date by 30 days,
> which we consider more than sufficient time to allow Tortilla
> Factory to retain new counsel.

A copy of this application was served by e-mail to Mr. Faye, for Tortilla Factory.

## **REQUESTED RELIEF**

For the reasons stated above, Stephen D. Weisskopf and Christopher E. Stiner, of LevatoLaw, LLP and Michael L. Cohen, of Michael L. Cohen, A Professional Law Corporation, respectfully request that the Court grant this application and enter an order relieving them of their duties as Tortilla Factory's counsel of record and allowing them to withdraw as Tortilla Factory's counsel. The Court also should enter an order continuing by at least 90 days the trial and all pre-trial deadlines set forth in the Court's November 6, 2018, Order Re: Further Proceedings.

| | | |
|---|---|---|
| 1 | DATED: February 12, 2019 | LEVATOLAW, LLP |
| 2 | | |
| 3 | | By: /s/ Stephen D. Weisskopf |
| 4 | | Stephen D. Weisskopf<br>Attorneys for Plaintiff TORTILLA FACTORY, LLC |
| 5 | | |
| 6 | | |
| 7 | DATED: February 12, 2019 | MICHAEL L. COHEN, A PROFESSIONAL LAW CORPORATION |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Michael L. Cohen |
| 11 | | Michael L. Cohen<br>Attorneys for Plaintiff TORTILLA FACTORY, LLC |