# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | **CV 17-07539-FMO (GJSx)** | Date: **June 8, 2022** |
| Title: | **Tortilla Factory, LLC v. GTs Living Foods, LLC** | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Gabriela Garcia | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Rachel Capoccia | |
| Stanley Gibson | Damali Taylor; Dawn Sestito; Matt Powers |

2nd Day Court Trial    ___ Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
**X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
**X** Closing arguments made by   **X** plaintiff(s)   **X** defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
**X** Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
**X** Case submitted.   **X** Briefs to be filed by   August 1, 2022
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
**X** Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
**X** Other:   Further order to issue.

6 : 22

Initials of Deputy Clerk   gga

cc: