# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 17-7539 FMO (GJSx)** | Date | **June 9, 2022** |
|---|---|---|---|
| Title | **Tortilla Factory, LLC v. GT's Living Foods, LLC** | | |

Present: The Honorable     Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):          Attorney Present for Defendant(s):

None Present                                None Present

**Proceedings:          (In Chambers) Order Re: Further Proceedings**

Pursuant to the bench trial held on June 7, 2022, and June 8, 2022, IT IS ORDERED THAT:[1]

1.  No later than **August 1, 2022**, each party shall:  (a) lodge a Proposed Findings of Fact and Conclusions of Law and submit a copy to the chamber's email box at FMO_Chambers@cacd.uscourts.gov in Word or Word Perfect format; and (b) file a Memorandum of Points and Authorities Re: Bench Trial - Liability ("Memo. Re:  Bench Trial"), not to exceed 25 pages.

2.  The Proposed Findings of Facts and Conclusions of Law shall be annotated and provide specific pinpoint citations to the record and the trial transcript by page and line number(s).

3.  The Memo. Re: Bench Trial shall, at a minimum, address:  (a) the legal standard for showing harm under Lanham Act and UCL; and (b) the temporal scope of case.

4.  No later than **August 15, 2022**, the parties shall each file a responsive memorandum of points and authorities, not to exceed 15 pages.  The responsive memorandum shall respond to the opposing party's Memo. Re: Bench Trial and Proposed Findings of Fact and Conclusions of Law.

5.  Unless the court orders otherwise, the case will be deemed submitted, without further oral argument upon the filing of the responsive memoranda.  The court may order further briefing or other proceedings, at any time, as appropriate.

Initials of Preparer          gga

---

[1]  To the extent that there is any conflict between the requirements set forth in this Order and the court's statements during the trial, this Order shall control.