SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
DAWN SESTITO (S.B. #214011)
dsestito@omm.com
ZACH A. TAFOYA (S.B. #301837)
ztafoya@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

DAMALI A. TAYLOR (S.B. #262489)
dtaylor@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant
GT's Living Foods, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tortilla Factory, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>GT's Living Foods, LLC,<br><br>           Defendant. | Case No. 2:17-CV-07539-FMO<br><br>**THIRD STIPULATION TO EXTEND POST-TRIAL BRIEFING DEADLINES**<br><br>Trial Dates:  June 7 & 8, 2022<br>Judge: Fernando M. Olguin |

Pursuant to Local Rule 7-1 of the United States District Court for the Central District of California, Plaintiff Tortilla Factory, LLC and Defendant GT's Living Foods, LLC hereby stipulate as follows:

**WHEREAS**, the Court held a bench trial on June 7, 2022, and June 8, 2022;

**WHEREAS**, pursuant to the bench trial, the Court ordered each party to lodge a Proposed Findings of Fact and Conclusions of Law and file a Memorandum of Points and Authorities Re: Bench Trial – Liability by August 1, 2022, and file responsive memoranda of points and authorities by August 15, 2022 (Dkt. 351);

**WHEREAS**, pursuant to a Joint Stipulation for Order to Extend Post-Trial Briefing Deadlines (Dkt. 355) the Court ordered each party to lodge a Proposed Findings of Fact and Conclusions of Law and file a Memorandum of Points and Authorities Re: Bench Trial – Liability by September 2, 2022, and file responsive memoranda of points and authorities by September 30, 2022 (Dkt. 356);

**WHEREAS**, pursuant to a Second Joint Stipulation for Order to Extend Post-Trial Briefing Deadlines (Dkt. 357) the Court ordered each party to lodge a Proposed Findings of Fact and Conclusions of Law and file a Memorandum of Points and Authorities Re: Bench Trial – Liability by September 28, 2022, and file responsive memoranda of points and authorities by November 11, 2022 (Dkt. 358);

**WHEREAS**, the Proposed Findings of Fact and Conclusions of Law must be annotated with specific pinpoint citations to the record and the trial transcript (Dkt. 351);

**WHEREAS**, both parties have requested a copy of the trial transcript, but have not yet received the full, final version of the trial transcript from the court reporter;

**WHEREAS**, it is unclear when the parties will receive the full, final trial transcript and the parties have not been able to obtain a date certain on which the full trial transcript will be completed;

**WHEREAS**, the parties will need sufficient time after receipt of the full trial transcript to prepare the Proposed Findings of Fact and Conclusions of Law and file a Memorandum of Points and Authorities Re: Bench Trial – Liability;

**WHEREAS**, counsel have other trial and personal commitments during October, including Ms. Capoccia's previously scheduled vacation from October 17 to October 30;

**WHEREAS**, the parties have conferred and agreed to a revised briefing schedule contingent upon receipt of the full trial transcript by both parties;

**NOW THEREFORE**, the parties, by and between their respective counsel, hereby stipulate and respectfully request that the Court issue an order extending the post-trial briefing deadlines according to the following schedule:

- If the full trial transcript is received by both parties no later than October 31, 2022, then each party shall lodge a Proposed Findings of Fact and Conclusions of Law and Memorandum of Points and Authorities Re: Bench Trial – Liability, on **November 18, 2022**; and
- Each party shall file a responsive memorandum to the opposing party's Proposed Findings of Fact and Conclusions of Law and Memorandum of Points and Authorities Re: Bench Trial – Liability, on **December 20, 2022**.
- If the full trial transcript is not received by both parties on or before October 31, 2022, then the parties shall meet and confer and propose a revised briefing schedule.

| | |
|---|---|
| Dated: September 21, 2022 | **O'MELVENY & MYERS LLP** |
| | By:  */s/ Dawn Sestito* <br> Dawn Sestito |

SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
DAWN SESTITO (S.B. #214011)
dsestito@omm.com
ZACH A. TAFOYA (S.B. #301837)
ztafoya@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

DAMALI A. TAYLOR (S.B. #262489)
dtaylor@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant
GT'S LIVING FOODS, LLC

| | | |
|---|---|---|
| 1 | Dated: September 21, 2022 | **JEFFER MANGELS BUTLER & MITCHELL LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Rachel M. Capoccia* <br>         Rachel M. Capoccia |
| 5 | | |
| 6 | | STANLEY M. GIBSON (S.B. #162329) <br> sgibson@jmbm.com |
| 7 | | RACHEL CAPOCCIA (S.B. #187160) <br> rcapoccia@jmbm.com |
| 8 | | 1900 Avenue of the Stars, 7th Floor <br> Los Angeles, California 90067-4308 |
| 9 | | Telephone: (310) 203-8080 |
| 10 | | Facsimile: (310) 203-0567 |
| 11 | | Attorneys for Plaintiff |
| 12 | | Tortilla Factory, LLC |

## SIGNATURE ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 21, 2022  **O'MELVENY & MYERS LLP**

By: */s/ Dawn Sestito*
Dawn Sestito

Attorney for Defendant
GT's Living Foods, LLC