JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORTILLA FACTORY, LLC, | Case No. CV 17-7539 FMO (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GT'S LIVING FOODS, LLC, | |
| Defendant. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff's action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 27th day of September, 2023.

/s/
Fernando M. Olguin
United States District Judge